# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SPECTRUM LEASING USA, INC.,

    Plaintiff

v.

OM EXTRACTS LLC, et al.,

    Defendants

Case No.: 2:22-cv-00399-APG-EJY

**Order Deeming Order to Show Cause Satisfied**

In light of plaintiff Spectrum Leasing USA, Inc.'s response to the order to show cause (ECF No. 7),

I ORDER that the order to show cause (ECF No. 5) is satisfied and I will not dismiss for lack of subject matter jurisdiction at this time. However, plaintiff Spectrum Leasing USA, Inc. remains responsible for establishing subject matter jurisdiction exists in this case.

DATED this 10th day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE