AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SPECTRUM LEASING USA, INC.,

                        Plaintiff,

v.

OM EXTRACTS LLC, et al.,

                        Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00399-APG-EJY

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default judgment entered in favor of Plaintiff, Spectrum Leasing USA, Inc., and against all Defendants, OM Extracts LLC, OM Farms LLC, and Applegate Enterprises, Inc.. Default judgment entered in favor of Plaintiff for the sum of $298,930.25 plus $129.25 per day from August 15, 2022, through the date of the entry of judgment, attorney's fees in the amount of $9,365.00, plus costs, and post-judgment interest at the rate of 18% per annum as allowed by the Contract.

September 1, 2022

Date

DEBRA K. KEMPI

Clerk

/s/ T. Roush-Wallace

Deputy Clerk